UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIC JIRAH KELLEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 11-10916-JLT |
| | * | |
| DIRECTOR A.T. WALL, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

February 1, 2012

TAURO, J.

After considering the Report and Recommendations [#67] of Magistrate Judge Boal, and noting that Plaintiff has not filed any objection, this court hereby ACCEPTS and ADOPTS the Report and Recommendations [#67] for the reasons set forth therein.  Accordingly, the RI DOC Defendants' Motion to Dismiss [#59] and the MA DOC Defendants' Motion to Dismiss [#53] are ALLOWED.   Plaintiff's remaining motions [#3, #9, #11, #14, #20, #26, #38, #56, #58, #62, #65, #66] are, therefore, DENIED.  This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge